United States District Court District of New Hampshire

FILED - USDC -NH

Kelly Smoak  25 AM 11:03
 Petitioner

v.

Federal Bureau of Prisons
Warden Luna, Warden for FCI Berlin
 Defendants

> Motion Pursuant to USC 2241

> Time Senitive

> Expedite Requesting a show-cause proceeding

## Statement of Claim

I Kelly Smoak was sentence to a term of 6 months on June 27, 2024 I earned between June 27, 2024-July 27, 2024 10 days of FSA time credit that the Bop is refusing to honor See Section 3632(d)(4)(b)(ii) that will direct you to 18 USC 3585(a) that exsplains when a sentence commences. This is a time senitive claim due to the norrow window i have inbetween the time I have left on my sentence and while awaiting a 30 day response from each remedy process i will have to take before entering into this court, that will not allow me the opportunity to recieve the 10 days i earned before ending my sentence.

I also would request that the court take review of the programs i have completed prior to this violation where FSA credits should have been awarded from inbetween the dates of 2/22/2019-5/18/2019. Those credits have not been awarded See Exhibit A.

## Discussion

Come Now Kelly Smoak in light of this 2241 motion requesting that court issue a show cause order to why im not intitle to the 10 days i earned while being within federal custody awaiting designation to be transfered to my designated facility.

Also other credits that has not been applied to my sentence from inbetween 2/22/2019-5/18/2019.

Within this discussion i will like to note that i only have close to a month and a half remaining on my sentence, ending my sentence November 22, 2024.

Honorable Court this is a time senitive claim that must be address to prevent a miscarrige of justice to overserve my sentence that could be prevented at this time, where the BOP has refused to award credit See remedy process exhibit A BP-8 and response, exhibit B BP-9 and response where next remedy process will be a BP-10 that will have a 30 day response period that will exceed my sentence if this court dont intervene to issue a order to shorten that response or allow BP-8, and BP-9 remedy process and responses be enough for this court to vest jurisdition to enter a show-cause order to why i should not be intitled the 10 days, and other credits that was also earned through programing that was not applied to my sentence.

## Concluison

So Prayed October 18, 2024     Signature *Kelly Smoak el*

## Declaration

I Kelly Smoak being currently incarcerated in FCI Berlin declare under the penalty of perjury that the foregoing is true and correct to the best of my knowelege and belief.

Date: 10-18-2024     Signature: *Kelly Smoak el*

9589 0710 5270 1022 8062 02

United State Court Of New HAMpshire
55 Pleasant ST
Hampshire
Concord, NH 03301
United States

15433-171

Kelly Smoak
Register No. 15433-171
Federal Correctional Institutional (Berlin)
Post Office Box 9000
Berlin, N.H. 03570

LEGAL MAIL

FCI BER
P.O. BOX 69 BERL
DATE: 1/22/2

"The enclosed letter was processed th          ailing procedures for forwarding to you. The le    neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."

CERTIFIED MAIL