UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kally Smoak

     v.                                    Case No. 24-cv-346-SM

Federal Bureau of Prisons


ORDER

     No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 25, 2024, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

     The clerk of court shall enter judgment and close the case.

     **So Ordered.**

Steven J. McAuliffe
United States District Judge

Date: December 16, 2024

cc:  Kelly Smoak, pro se